# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 579 WAL 2014
:
               Respondent      :
:
                                  : Petition for Allowance of Appeal from the
                                  : Order of the Superior Court
         v.                  :
:
:
:
ROBERTO WALKER FRANKS, :
:
               Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.